1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  LUCILLE GONZALES MEIS, SBN CO 15153
   Regional Chief Counsel, Region IX,
3  Social Security Administration
   ELIZABETH FIRER, SBN WI 1034148
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone: (415) 977-8937
       Facsimile: (415) 744-0134
7
Attorneys for Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PAULA HARRIS-MOORE, ) | CIVIL NO. C-09-02804 CRB |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER FOR |
| v. ) | EXTENSION |
| MICHAEL J. ASTRUE, ) | |
| Acting Commissioner of ) | |
| Social Security, ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that the Commissioner have a second extension of time of 21 days up to and including January 27, 2010, in which to file a response to Plaintiff's Motion for Summary Judgment. The extension is necessary because the Special Assistant United States Attorney for the Commissioner

///

///

///

///

///

///

///

needs additional time to confer with her client about the possibility of a voluntary remand in this matter. Counsel needs the additional time due to scheduling problems occasioned by the federal holidays and absences of people with whom she needs to confer regarding the possibility of voluntary remand.

Dated: January 5, 2010
/s/ *Tony Arjo*
 *(As authorized via email*)
TONY ARJO
Attorney for Plaintiff

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: January 5, 2010
By: /s/ *Elizabeth Firer*
ELIZABETH FIRER
Special Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED that Defendant Commissioner of Social Security shall have up to and including January 27, 2010, to respond to Plaintiff's Motion for Summary Judgment.

Dated: January 7, 2010

CHARLES R. BREYER
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer