1  JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
2  LUCILLE GONZALES MEIS, SBN CO 15153
Regional Chief Counsel, Region IX,
3  Social Security Administration
ELIZABETH FIRER, SBN WI 1034148
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
    San Francisco, California 94105
6      Telephone: (415) 977-8937
    Facsimile: (415) 744-0134
7
Attorneys for Defendant
8
UNITED STATES DISTRICT COURT
9  NORTHERN DISTRICT OF CALIFORNIA

10      SAN FRANCISCO DIVISION

11  PAULA HARRIS-MOORE,           )
                                  )   CIVIL NO. C-09-02804 CRB
12      Plaintiff,                )
                                  )
13          v.                    )
                                  )   STIPULATION AND ORDER FOR
14  MICHAEL J. ASTRUE,            )   EXTENSION
    Acting Commissioner of        )
15  Social Security,              )
                                  )
16      Defendant.                )
                                  )
17  _____ )

18
    IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the
19
approval of the Court, that the Commissioner have a second extension of time of 21 days up to and
20
including January 27, 2010, in which to file a response to Plaintiff's Motion for Summary Judgment.
21
The extension is necessary because the Special Assistant United States Attorney for the Commissioner
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

needs additional time to confer with her client about the possibility of a voluntary remand in this matter. Counsel needs the additional time due to scheduling problems occasioned by the federal holidays and absences of people with whom she needs to confer regarding the possibility of voluntary remand.

Dated:   January 5, 2010                /s/ *Tony Arjo*
                                             *(As authorized via email*)
                                             TONY ARJO
                                             Attorney for Plaintiff

                                             JOSEPH P. RUSSONIELLO
                                             United States Attorney

Dated:   January 5, 2010           By: /s/ *Elizabeth Firer*
                                             ELIZABETH FIRER
                                             Special Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED that Defendant Commissioner of Social Security shall have up to and including January 27, 2010, to respond to Plaintiff's Motion for Summary Judgment.

Dated:   January 7, 2010

                                             CHARLES R. BREYER
                                             United States

IT IS SO ORDERED
Judge Charles R. Breyer