1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  LUCILLE GONZALES MEIS, SBN CO 15153
   Regional Chief Counsel, Region IX,
3  Social Security Administration
   ELIZABETH FIRER, SBN WI 1034148
4  Special Assistant United States Attorney

5       333 Market Street, Suite 1500
        San Francisco, California 94105
6       Telephone:  (415) 977-8937
        Facsimile:  (415) 744-0134
7
   Attorneys for Defendant
8

9              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
10
               SAN FRANCISCO DIVISION
11

12 | PAULA HARRIS-MOORE, | ) |
   |                     | ) | CIVIL NO. C-09-02804 CRB
13 |     Plaintiff,      | ) |
   |                     | ) | STIPULATION AND ORDER FOR
14 |        v.           | ) | REMAND
   |                     | ) |
15 | MICHAEL J. ASTRUE,  | ) |
   | Commissioner of     | ) |
16 | Social Security,    | ) |
   |                     | ) |
17 |     Defendant.      | ) |
   |_____| ) |

18

19        IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the

20 approval of the Court, that this action be remanded to the Defendant, Commissioner of Social Security,

21 pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.  The purpose of the remand is to

22 offer Plaintiff a new hearing and decision.

23        Upon remand, the Office of Disability Adjudication and Review will remand this case to an

24 Administrative Law Judge (ALJ) and direct him or her to obtain additional evidence from the treating

25 sources, especially with regard to Plaintiff's mental impairment and to include medical source

26 statements with this evidence; obtain a consultative psychiatric examination with psychological testing

27 and medical source statements; evaluate the severity of Plaintiff's mental impairments pursuant to 20

28 C.F.R. § 404.1520a; re-evaluate Plaintiff's alleged physical impairments; re-evaluate Plaintiff's

subjective complaints pursuant to Social Security Ruling (SSR) 96-7p; evaluate Plaintiff's residual

functional capacity pursuant to SSR 96-8p; and if warranted by the expanded record, obtain vocational

expert evidence at step five of the sequential disability evaluation.

Dated: January 20, 2010          /s/ *Tony Arjo*
                                   (*As authorized via email*)
                                 TONY ARJO
                                 Attorney for Plaintiff


                                 JOSEPH P. RUSSONIELLO
                                 United States Attorney


Dated: January 20, 2010     By: /s/ *Elizabeth Firer*
                                 ELIZABETH FIRER
                                 Special Assistant United States Attorney




PURSUANT TO STIPULATION, IT IS SO ORDERED that this action is reversed and remanded to the

Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g) for further

proceedings.




Dated:   January 22, 2010

CHARLES R. BREYER
United S

IT IS SO ORDERED

Judge Charles R. Breyer

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA