```
1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  LUCILLE GONZALES MEIS, SBN CO 15153
   Regional Chief Counsel, Region IX,
3  Social Security Administration
   ELIZABETH FIRER, SBN WI 1034148
4  Special Assistant United States Attorney

5       333 Market Street, Suite 1500
        San Francisco, California 94105
6       Telephone:  (415) 977-8937
        Facsimile:  (415) 744-0134
7
   Attorneys for Defendant
8
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PAULA HARRIS-MOORE, ) | |
| ) | CIVIL NO. C-09-02804 CRB |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER FOR |
| v. ) | REMAND |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of ) | |
| Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that this action be remanded to the Defendant, Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.  The purpose of the remand is to offer Plaintiff a new hearing and decision.

Upon remand, the Office of Disability Adjudication and Review will remand this case to an Administrative Law Judge (ALJ) and direct him or her to obtain additional evidence from the treating sources, especially with regard to Plaintiff's mental impairment and to include medical source statements with this evidence; obtain a consultative psychiatric examination with psychological testing and medical source statements; evaluate the severity of Plaintiff's mental impairments pursuant to 20 C.F.R. § 404.1520a; re-evaluate Plaintiff's alleged physical impairments; re-evaluate Plaintiff's

subjective complaints pursuant to Social Security Ruling (SSR) 96-7p; evaluate Plaintiff's residual functional capacity pursuant to SSR 96-8p; and if warranted by the expanded record, obtain vocational expert evidence at step five of the sequential disability evaluation.

Dated: January 20, 2010    /s/ *Tony Arjo*
     (As authorized via email)
TONY ARJO
Attorney for Plaintiff

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: January 20, 2010    By: /s/ *Elizabeth Firer*
ELIZABETH FIRER
Special Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED that this action is reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

Dated: January 22, 2010

CHARLES R. BREYER
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer