JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
LUCILLE GONZALES MEIS, SBN CO 15153
Regional Chief Counsel, Region IX,
Social Security Administration
ELIZABETH FIRER, SBN WI 1034148
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8943
    Facsimile:  (415) 744-0134

Attorneys for Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PAULA HARRIS-MOORE,<br><br>    Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. C-09-02804 CRB<br><br>STIPULATION AND ORDER APPROVING SETTLEMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

    IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel, subject to the Court's approval, that counsel for Plaintiff, as assignee, be awarded attorney fees under the Equal Access to Justice Act, (EAJA) in the amount of THREE THOUSAND, ONE HUNDRED AND THIRTEEN DOLLARS ($3,113.00), and THREE HUNDRED SIXTY DOLLARS ($360.00) in costs. These amounts represents compensation for all legal services rendered on behalf of Plaintiff by the attorney in connection with this civil action in accordance with 28 U.S.C. § 2412(d), and all costs associated with the civil action, in accordance with 28 U.S.C. 28 U.S.C. § 1920.

    This stipulation does not constitute an admission of liability on the part of Defendant under the EAJA.  Payment of the agreed upon amounts shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA attorney fees and costs in connection with this action. This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney

fees, under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.

Dated: May 18, 2010          /s/ *Tony Arjo*
                             *(As authorized via email)*

                             TONY ARJO
                             1440 Broadway, Suite 1019
                             Oakland, CA 94612

                             Attorney for Plaintiff


                             JOSEPH P. RUSSONIELLO
                             United States Attorney

Dated: May 18, 2010   By:    /s/ *Elizabeth Firer*
                             ELIZABETH FIRER
                             Special Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED that counsel for Plaintiff, as assignee, shall be awarded attorney fees in the amount of THREE THOUSAND, ONE HUNDRED AND THIRTEEN DOLLARS ($3,113.00), and THREE HUNDRED SIXTY DOLLARS ($360.00) in costs, as authorized by 28 U.S.C. §§ 1920 and 2412 subject to the terms of the above-referenced Stipulation.

Dated:     May 21, 2010              _____
                                     CHARLES R. BREYER
                                     United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer